UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICE-
SHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE as Beneficiaries of the ANNUITY, PENSION, WELFARE
and APPRENTICESHIPSKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C
& 137R, AFL-CIO,



**NOTICE OF
MOTION FOR
DEFAULT JUDGMENT**

07-CIV-9907 (SCR)

Plaintiffs,

-against-

CENTRAL SITE DEVELOPMENT CORP.,

Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Affidavit of JAMES M. STEINBERG, ESQ.,

sworn to on the 27th day of December, 2007, Plaintiffs' Statement of Damages, and upon all of

the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys

BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse

located at 300 Quarropas Street, White Plains, New York, before the Honorable Stephen C.

Robinson, at a date and time to be set by the Court, for a judgment of default against Defendant

CENTRAL SITE DEVELOPMENT CORP. pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure in the amount of $18,975.10, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
      December 27, 2007

                        Respectfully submitted,

                        BRADY McGUIRE & STEINBERG, P.C.

By: *[signature]*
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:    CENTRAL SITE DEVELOPMENT CORP.
         89 Edison Avenue
         Mt. Vernon, New York 10550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICE-
SHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE as Beneficiaries of the ANNUITY, PENSION, WELFARE
and APPRENTICESHIPSKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C
& 137R, AFL-CIO,

**REQUEST TO
CLERK FOR
ENTRY OF DEFAULT**

07-CIV-9907 (SCR)

Plaintiffs,

-against-

CENTRAL SITE DEVELOPMENT CORP.,

Defendant.
------------------------------------------------------------------X

TO:  J. MICHAEL McMAHON, Clerk of the United States District
     Court for the Southern District of New York

Please enter the default of Defendant CENTRAL SITE DEVELOPMENT CORP. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on December 27, 2007.

Dated: Hastings-on-Hudson, New York
       December 27, 2007

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:  CENTRAL SITE DEVELOPMENT CORP.
     89 Edison Avenue
     Mt. Vernon, New York 10550