UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICE-
SHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE
DOE as Beneficiaries of the ANNUITY, PENSION, WELFARE      **DEFAULT JUDGMENT**
and APPRENTICESHIPSKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION OF                 07-CIV-9907 (SCR)
OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C
& 137R, AFL-CIO,

                              Plaintiffs,

    -against-

CENTRAL SITE DEVELOPMENT CORP.,

                              Defendant.
------------------------------------------------------------------------X

      This action having been commenced on November 9, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant CENTRAL SITE DEVELOPMENT CORP. on December 6, 2007, by a Process Server, personal service on Carol Vogt, an authorized agent in the office of the New York State Secretary of State and an individual authorized to accept service, and a proof of service having been filed on December 18, 2007 via the ECF System, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is,

      **ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against the Defendant in the principal amount of $13,075.55, liquidated damages in the amount of $2,615.11, with interest at 10% as prescribed by the applicable Collective Bargaining Agreement

from October 1, 2006 through December 27, 2007, in the amount of $1,634.44, together with the costs and disbursements of this action in the amount of $500.00 and attorneys' fees in the amount of $1,150.00, for a total liquidated amount of $18,975.10, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant CENTRAL SITE DEVELOPMENT CORP. and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: White Plains, New York
January __, 2008

SO ORDERED:

_____
The Honorable Stephen C. Robinson
United States District Judge